SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

    450 Golden Gate Ave. 11th Floor
    San Francisco, Ca.  94102
    Telephone: (415) 436-7223

Attorney for Applicant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      Plaintiff, )<br>     v. )<br>WILLIAMS ET. AL, )<br>      Defendant. )<br>_____ ) | CRIMINAL NO.  CR 07-0645 MMC<br><br>**NOTICE OF ADDITION<br>OF COUNSEL** |

    The United States Attorney's Office hereby files this Notice of Addition of Counsel to advise

the court that Assistant United States Attorney ("AUSA") Barbara Brennan Silano is also

assigned to this case.  Accordingly, please have future ECF notices sent to AUSA Silano at the

email address of barbara.silano@usdoj.gov

                            Respectfully submitted,


DATED: January 3, 2008                     /s/

                            _____

                            BARBARA BRENNAN SILANO

                            Assistant United States Attorney