GAIL SHIFMAN
Law Offices of Gail Shifman
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 551-1500
Facsimile:   (415) 551-1502

Attorney for Defendant
TRESYLIAN REDD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-07-0645 MMC |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME** |
| TRESYLIAN REDD, | |
| Defendant. | |

Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find as follows:

1. For the reasons set forth herein, the parties request that the September 2, 2009 Status hearing be continued until 2:30 p.m. on Wednesday, September 30, 2009, in order to provide the defendant and his counsel with additional time to review the extensive discovery in this complex case including wiretap and wiretap related discovery and determine whether or not defendant should enter a change of plea or file motions and to prepare for trial in this matter. Additional time is needed because of the large number of documents and recordings to be reviewed by defendant and his counsel and because of a death in defense counsel's family.

2. The parties believe that failure to grant the above-requested continuance would deny defendant continuity of counsel, would deny defendant's counsel and defendant the

1

reasonable time necessary for effective preparation taking into account the exercise of due diligence, and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendant in a trial within the date prescribed by the Speedy Trial Act.

3. Thus, the parties respectfully request that the Court find that the time period from September 2, 2009, to September 30, 2009, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defendant continuity of counsel and would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

SO STIPULATED.

Dated: September 1, 2009

/s/
JOSEPH P. RUSSONIELLO
United States Attorney

By: KIRSTIN AULT
Assistant United States Attorney

Dated: September 1, 2009

/s/
GAIL SHIFMAN
Counsel for Defendant REDD

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, THE COURT ADOPTS THE FINDINGS OF FACT AND CONCLUSIONS OF LAW STIPULATED TO BY THE PARTIES. THEREFORE, IT IS SO FOUND AND ORDERED THAT:

1. The currently scheduled September 2, 2009, hearing is vacated. A hearing for status, trial setting or motions setting is now scheduled for 2:30 p.m. on September 30, 2009.

2. The time period from September 2, 2009, to September 30, 2009, is deemed

excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence. The Court finds that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

Dated: September 1, 2009

_____
HONORABLE MAXINE CHESNEY
United States District Chief Judge