**GAIL SHIFMAN**
**Attorney at Law**
**State Bar No. 147334**
**44 Montgomery Street, Suite 3850**
**San Francisco, CA 94104**
**Telephone: (415) 551-1500**
**Facsimile: (415) 551-1502**

**Attorney for Defendant**
**TRESYLIAN REDD**

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07-0645 MMC |
| Plaintiff, ) | ORDER DIRECTING JAIL TO PERMIT COUNSEL TO BRING LAPTOP INTO JAIL AND FOR IN CUSTODY INMATE TO POSSESS MP3 PLAYERS |
| TRESYLIAN REDD, ) | |
| Defendant. ) | |

TO: THE UNITED STATES MARSHAL'S SERVICES; THE SHERIFF OF ALAMEDA COUNTY AND HIS DEPUTIES AND ASSISTANTS; AND THE COMMANDER OF THE ALAMEDA COUNTY JAIL FACILITIES KNOWN AS THE GLEN DYER JAIL AND SANTA RITA JAIL:

GOOD CAUSE APPEARING, upon request of the defendant, by and through counsel, IT IS HERBY ORDERED that the Warden at the Alameda County jail facilities known as the Glen Dyer Jail and Santa Rita Jail shall permit, without further authorization, counsel for defendant TRESYLIAN REDD to bring a laptop computer and/or CD/MP3 player into their facilities and to use them during contact and non contact visits with TRESYLIAN REDD.

It is further ORDERED that counsel for defendant TRESYLIAN REDD, without further authorization, shall provide MP3 players containing intercepted telephone call to defendant TRESYLIAN REDD, and that the Alameda County jail facilities known as the Glen Dyer Jail and Santa Rita Jail shall allow defendant TRESYLIAN REDD to use the MP3 players at appropriate

1

times, for the purpose of listening to audio files produced by the Government in discovery and shall store the MP3 players when not in use by defendant in accordance with their jail policy. Any MP3 player shall not have a radio and shall not have metal earphones.

Dated: October 14, 2009

_____
THE HONORABLE MAXINE CHESNEY
United States District Judge