GAIL SHIFMAN
Law Offices of Gail Shifman
44 Montgomery Street, Suite 3850
San Francisco, CA 94104
Telephone: (415) 551-1500
Facsimile: (415) 551-1502

Attorney for Defendant
TRESYLIAN REDD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-07-0645 MMC |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| vs. ) | **ORDER CONTINUING HEARING AND** |
| ) | **EXCLUDING TIME** |
| TRESYLIAN REDD, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Plaintiff, by and through its attorney of record, and defendants, by and through their attorneys of record, hereby stipulate and ask the Court to find as follows:

1. For the reasons set forth below, the parties request that the March 3, 2010 Status hearing be continued until 2:30 p.m. on Wednesday, March 17, 2010 for entry of plea or trial setting because defense counsel is scheduled for non-elective surgery on that day.

2. The parties believe that failure to grant the above-requested continuance would deny defendant continuity of counsel, would deny defendant's counsel and defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence, and that the ends of justice served by continuing the case as requested outweigh the interest of the public and defendants in a trial within the date prescribed by the Speedy Trial Act.

3. Thus, the parties respectfully request that the Court find that the time period from

1

March 3, 2010 to March 17, 2010, is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defendant continuity of counsel and would unreasonably deny defense counsel the time necessary for effective preparation for trial, taking into account due diligence.

SO STIPULATED.

Dated: February 23, 2010

/s/
JOSEPH P. RUSSONIELLO
United States Attorney

By: KIRSTIN AULT
Assistant United States Attorney

Dated: February 23, 2010

/s/
GAIL SHIFMAN
Counsel for Defendant REDD

## [PROPOSED] ORDER

FOR GOOD CAUSE SHOWN, THE COURT ADOPTS THE FINDINGS OF FACT AND CONCLUSIONS OF LAW STIPULATED TO BY THE PARTIES. THEREFORE, IT IS SO FOUND AND ORDERED THAT:

1. The currently scheduled March 3, 2010, hearing is vacated. A hearing for status, trial setting or motions setting is now scheduled for 2:30 p.m. on March 17, 2010.

2. The time period from March 3, 2010, to March 17, 2010, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(iv) because it results from a continuance granted by the Court at the defendant's request and on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial and because failure to grant the continuance would unreasonably deny defense

counsel the time necessary for effective preparation for trial, taking into account due diligence. The Court finds that nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which trial must commence.

SO ORDERED.

Dated: February __24__, 2010

_____
HONORABLE MAXINE CHESNEY
United States District Chief Judge